## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHARON LANCASTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | CIVIL NO. 08-653-DRH-PMF |
| ) | |
| **LESTER E. COX MEDICAL CENTER,** ) | |
| a benevolent Missouri corporation, d/b/a ) | |
| Cox Health, and d/b/a CoxHealth ) | |
| Professional Collections, ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------------------------

**KEENAN G. CASADY, CLERK**

January 20, 2009          By:   s/Robin Butler
                                               Deputy Clerk

APPROVED: /s/ *David R Herndon*
                **CHIEF JUDGE**
                **U.S. DISTRICT COURT**